UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 22, 2010

No. 09-2558

DANIEL O. RAMOS-OLIVIERI,

Petitioner

v.

ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA,

Respondent

(B.I.A. No. A095-833-985 )

Present:  SLOVITER, BARRY and SMITH, Circuit Judges

1.  Respondent's Motion to Publish the Court's Opinion dated 09/17/10.

Respectfully,
Clerk/cjg

_____ORDER_____

The foregoing motion is GRANTED.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated: October 22, 2010
CJG/cc: Lauren Anselowitz, Esq.
    Anthony P. Nicastro, Esq.
    Joanna L. Watson, Esq.